UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:
YOLANDA VILLEGAS

CASE NO. 06 B 03822

CHAPTER 13

JUDGE: JOHN H SQUIRES

Debtor
SSN XXX-XX-3918

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/07/06 and confirmed on 07/28/06.

2. The case was converted to Chapter 7 after confirmation, 10/24/2007.

3. The Debtor paid a total of $ 5550.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| FREEDMAN ANSELMO LINDBER | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 8299.20 | .00 | 2024.87 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 465.06 | .00 | 113.48 |
| RECOVERY MANAGEMENT SYST | UNSECURED | 76.64 | .00 | 18.66 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 630.86 | .00 | 153.93 |
| ILLINOIS DEPT PUBLIC AID | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |
| PRIME ACCEPTANCE CORP | UNSECURED | .00 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 117.78 | .00 | 28.47 |
| WECO CREDIT UNION | SECURED | .00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 9589.54 | .00 | 9589.54 |
| PRINCIPAL PAID | .00 | .00 | 2339.41 | .00 | 2339.41 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 2339.41 | .00 | 2339.41 |

The Debtor's attorney, MELVIN J KAPLAN          , was allowed $   3000.00 and was paid $   3000.00 .

The Trustee received $    210.59 .

Refunds to the Debtor totaled $      .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 01/14/08                         /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
         CASE NO. 06 B 03822 YOLANDA VILLEGAS
```